**Motions Granted; Appeals Dismissed and Memorandum Opinion filed April 24, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00482-CV

## RDFM, INC., D/B/A EAGLE JEWELRY AND LOAN #2, Appellant

## V.

## UNITED NATIONAL INSURANCE COMPANY, GRIDIRON INSURANCE UNDERWRITERS, INC., BRYAN MEYER, PROFESSIONAL TEXAS INSURANCE AGENCY, INC. AND SHARON COBB, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50936**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 25, 2013. The clerk's record was filed July 10, 2013. The reporter's record was filed July 16, 2013. No brief was filed.

On January 23, 2014, this court issued an order stating that unless appellant submitted a brief on or before February 24, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Due to extraordinary circumstances, the court extended the brief due date to March 28, 2014. No brief was filed.

On April 8 and 9, 2014, appellees filed motions to dismiss for want of prosecution. Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.